## IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE

CHERI BLACK,           )
                               )
     Plaintiff,        )
                               )
     v.                  )     C.A. No. N21C-03-019 MMJ
                               )
NEW CASTLE COUNTY,    )
                               )
     Defendant.     )

## <u>ORDER DISMISSING COMPLAINT WITH PREJUDICE</u>

Upon Plaintiff Cheri Black's ("Plaintiff") *Motion to Withdraw Complaint* (the "Motion"), the Court deeming the Motion to be a motion to dismiss pursuant to Delaware Superior Court Civil Rule 41(a)(2), Defendant New Castle County having consented to dismissal of the claims asserted by Plaintiff in her complaint [D.I. 1] filed May 26, 2021 (the "Complaint"), and Plaintiff having acknowledged that the claims were unfounded, all claims asserted in the Complaint are hereby dismissed with prejudice. New Castle County's Motion to Dismiss and Alternative Motion for Summary Judgment are hereby deemed MOOT.

Dated: September 14, 2021

The Honorable Mary M. Johnston
Delaware Superior Court Judge